(November 10, 1943.)

GEORGE A. LANGAN, as Trustee in Bankruptcy of Onondaga Litholite Company, Appellant, v. FIRST TRUST & DEPOSIT COMPANY et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.